DE AGRAMONTE, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908). Action by Louisa De Agramonte against the city of Mt. Vernon. No opinion. Motion denied.

DE NEZZO, Respondent, v. DI BENEDETTO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Filippo De Nezzo against Domenico Di Benedetto. No opinion. Judgment and order affirmed, with costs.

DE NEZZO, Respondent, v. DI BENEDETTO, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Lucia De Nezzo against Domenico Di Benedetto. No opinion. Judgment and order affirmed, with costs.

In re DIADAMA'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of proving the last will and testament of Henry D. Diadama, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, with costs to appellant and one bill of costs to respondent on this appeal, payable out of the estate, and a trial of the following issues of fact directed to be had by and before a jury in the Supreme Court at a term thereof to be convened in the city of Syracuse, in and for the county of Onondaga, on the first Monday in May, 1908, to wit: First: (1) Did Henry D. Diadama possess testamentary capacity at the time of the execution of the alleged will bearing date June 15, 1904? (2) Was the execution of said alleged will procured by fraud or undue influence practiced upon him? Second: (1) Did Henry D. Diadama possess testamentary capacity at the time of the execution of the alleged codicil bearing date May 3, 1905? 2. Was the execution of said alleged codicil procured by fraud or undue influence practiced upon him? Held: There is sufficient doubt as to the correctness of the decision refusing probate to the will and codicil of the alleged testator, so that the questions of fact should be passed upon by a jury, as provided in section 2588 of the Code of Civil Procedure.

McLENNAN, P. J., not voting.

DIENST, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Adam P. Dienst against the city of New York and another. C. Mellen, for appellant. T. Farley, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DILCHER, Respondent, v. NELLANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Jacob Dilcher against Michael Nellany. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice. See 52 Misc. Rep. 364, 102 N. Y. Supp. 264.

DILTHY, Respondent, v. DORF, Appellant. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by William J. Dilthy against Max Dorf. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re DONOVAN. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of proceedings to punish Joseph A. Donovan for contempt of court, etc., in an action entitled John Friedman and another v. John Ender et al., 108 N. Y. Supp. 1132. No opinion. Motion denied.

DOREMUS, Respondent, v. BAKER THEATER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Joseph Doremus against the Baker Theater Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

DOREMUS et al., Respondents, v. BOWLING GREEN TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Henry P. Doremus and another against the Bowling Green Trust Company. H. Thompson, for appellant. H. H. Bowman, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DOWDELL, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Patrick Dowdell against the Lackawanna Steel Company. No opinion. Motion to amend remittitur denied, with $10 costs.

DREYFUS v. DREYFUS. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Beatrice Dreyfus against Emil Dreyfus. No opinion. Motion granted, with $10 costs. Order filed.

D. S. VIETS CO., Appellant, v. RECTOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by the D. S. Viets Company against Edwin P. Rector. No opinion. Judgment affirmed, with costs.

EHRET, Respondent, v. BROWN, Appellant. SAME v. WELLS. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Actions by George Ehret against Willard Brown and Charles W. Wells. From orders striking out parts of the answer as irrelevant, defendants appeal. Orders modified. Frank E. Smith, for appellants. Frederic W. Hinrichs, for respondent.

PER CURIAM. So much of the orders appealed from as requires the caption of the second separate defense to add the words "and not as a counterclaim" should be stricken out.

As so modified, the orders should be affirmed, with $10 costs and disbursements to the respondent on each appeal.

ELECTRICAL EQUIPMENT & INSPECTING CO., Appellant, v. NEW YORK EDISON CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Action by the Electrical Equipment & Inspecting Company against the New York Edison Company. From an order denying relief from a stipulation, plaintiff appeals. Reversed. Henry M. Earle, for appellant. George Tiernan, for respondent. PER CURIAM. The order should be reversed, with $10 costs and disbursements, and the case ordered upon the first calendar of the Trial Term, after service of a copy of the order to be entered upon this appeal.

ELLER et al., Respondents, v. AMMANN MFG. & CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Albert D. Eller and Pierre Many, copartners trading under the firm name and style of Eller & Many, against the Ammann Manufacturing & Construction Company, a corporation. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELLIE. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908). In the matter of the application of Walter B. Ellie to compel the Buffalo, Lockport & Rochester Railway Company to erect a farm crossing, etc. No opinion. Order of reversal previously entered herein amended, by inserting therein the words "upon both the law and the facts."

ENNIS v. FEDERAL BREWING CO. (Supreme Court, Appellate Division, Second Department. February 28, 1908). In the matter of the application of James J. Ennis for the appointment of appraisers, etc., against the Federal Brewing Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 108 N. Y. Supp. 230.

EPSTEIN v. LAZARUS. (Supreme Court, Appellate Division, First Department. April 16, 1908). Action by Harris Epstein against Morris Lazarus. No opinion. Motion granted, with $10 costs. Order filed.

EPSTEIN et al., Appellants, v. PALESTINE HEBREW WINE CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Suit for an injunction by Elias Wolf-Levine Epstein and others, doing business under the name of Camel Wine Company, against the Palestine Hebrew Wine Company. From an order denying the injunction, plaintiffs appeal. Affirmed. Walter F. Rogers, for appellants. Morris R. Gossett, for respondent. PER CURIAM. Without expressing any opinion upon the merits, and leaving the questions of fact as to the right of the plaintiff to relief to be determined by the trial judge upon the trial of the action, we think the order appealed from should be affirmed, with $10 costs and disbursements.

ERIE COUNTY, Respondent, v. BALTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Erie county against George Baltz and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. See 109 N. Y. Supp. 304.

ESWEIN, Respondent, v. HODGKINSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by George Eswein against Edgar R. Hodgkinson. No opinion. Motion denied.

EVERETT, Appellant, v. HASKELL, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Joseph H. Everett against Charles N. Haskell. N. D. Becker, for appellant. L. Marshall, for respondent. No opinion. Order affirmed, with costs. Order filed.

FAIRCHILD, Appellant, v. SEED, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Ben. L. Fairchild against John H. Seed. No opinion. Motion granted, unless the plaintiff perfect his appeal and put the cause on the calendar in time for the next term of this court, in which case the motion is denied.

FARWELL, Respondent, v. SCHLAGER, Appellant. (Supreme Court, Appellate Division, Fourth Department, March 11, 1908.) Action by Almyra B. Farwell against Adelbert J. Schlager. No opinion. Motion granted, upon payment of $10 costs of this motion to the appellant, and record filed in this court ordered to be returned to the court below, to enable the plaintiff (respondent) to move at Special Term to correct and amend the report of the referee in said action.

FEE, Respondent, v. McVICKAR GAILLARD REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by John L. Fee against the McVickar Gaillard Realty Company, impleaded with another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over in 20 days on payment of costs.

FELTMAN, Respondent, v. EHRLICH, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Henry Feltman against Ferdinand Ehrlich. No opinion. Motion denied.

In re FENYVESSY. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) In the matter of the application of Albert A. Fenyvessy for the removal of the J. H. Rebstock Company. No opinion. Order affirmed, with costs.

In re FENYVESSY. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of the application of Albert A. Fenyvessy for the removal of J. H. Rebstock Company from certain premises in